Daniel Kalish, ISB No. 12485
dkalish@hkm.com
Shemia Fagan, ISB No. 12416
sfagan@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
999 West Main Street, Suite 100
Boise, ID 83702
Telephone: 208-500-2442
Facsimile: 206-260-3055

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROXANNE SCOTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SWAN FALLS ASSISTED LIVING LLC, an Idaho Limited Liability Company, and BESTLIFE HEALTH CARE, INC. AT SWAN FALLS ASSISTED LIVING, an Idaho Corporation,<br><br>Defendants. | Case No.: 4:25-cv-00499-AKB<br><br>SECOND JOINT MOTION TO AMEND SCHEDULING ORDER |

Plaintiff Roxanne Scott and Defendants Swan Falls Assisted Living LLC and BestLife Health Care, Inc. at Swan Falls Assisted Living (collectively, the "Parties"), by and through their counsel of record, jointly move the Court under Federal Rule of Civil Procedure 16(b)(4) to amend the Scheduling Order (Dkt. 14), as amended by the Order Amending Scheduling Order (Dkt. 18), to extend the four expert deadlines identified below. The Parties have met and conferred and agree to the amended deadlines.

Good cause supports the requested amendment. Since the Court entered the Order Amending Scheduling Order (Dkt. 18), the Parties have continued to pursue discovery. The Parties are finalizing a stipulated protective order that will govern the production of confidential personnel and medical records, completing the production of electronically stored information, and scheduling the deposition of Defendants' Rule 30(b)(6) designee and the depositions of fact witnesses. Neither Party can meaningfully disclose expert witnesses until that discovery is complete. The Parties therefore request a thirty-day extension of the expert deadlines only. The requested extension does not affect the fact discovery cutoff, the dispositive motion deadline, or the ADR deadline, and will not delay the resolution of this case. The Parties make this request jointly and in good faith, not for purposes of delay.

The Parties request that the Court extend only the following deadlines. All other deadlines and provisions of the Scheduling Order, as amended, remain unchanged, including the October 15, 2026 fact discovery cutoff, the December 4, 2026 dispositive motion deadline, and the December 15, 2026 ADR deadline:

| **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Plaintiff's disclosure of experts | September 3, 2026 | October 5, 2026 |
| Defendants' disclosure of experts | October 3, 2026 | November 2, 2026 |
| Plaintiff's disclosure of rebuttal experts | October 19, 2026 | November 18, 2026 |
| Completion of all expert discovery | November 16, 2026 | December 9, 2026 |

WHEREFORE, the Parties respectfully request that the Court grant this motion and enter an amended scheduling order adopting the deadlines set forth above.

DATED: September 2, 2026.

*/s/ Shemia Fagan*
Shemia Fagan, ISB No. 12416
E-mail: sfagan@hkm.com
Daniel Kalish, ISB No. 12485
E-mail: dkalish@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
999 West Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 500-2442
*Attorneys for Plaintiff*

*/s/ John J. Maas, V*
John J. Maas, V, ISB No. 12517
E-mail: jmaas@ajhlaw.com
**ANDERSON, JULIAN & HULL, LLP**
C.W. Moore Plaza
250 S. 5th Street, Suite 700
Boise, ID 83702
Telephone: (208) 344-5800
*Attorneys for Defendants*