Daniel Kalish, ISB No. 12485
dkalish@hkm.com
Shemia Fagan, ISB No. 12416
sfagan@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
999 West Main Street, Suite 100
Boise, ID 83702
Telephone: 208-500-2442
Facsimile: 206-260-3055

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROXANNE SCOTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SWAN FALLS ASSISTED LIVING LLC, an Idaho Limited Liability Company, and BESTLIFE HEALTH CARE, INC. AT SWAN FALLS ASSISTED LIVING, an Idaho Corporation,<br><br>Defendants. | Case No.: 4:25-cv-00499-AKB<br><br>[PROPOSED] SECOND ORDER AMENDING SCHEDULING ORDER |

Based upon the parties' Second Joint Motion to Amend Scheduling Order, pursuant to Federal Rules of Civil Procedure 1 and 16(b)(4), and for good cause appearing:

**IT IS HEREBY ORDERED** the Scheduling Order (Dkt. 14), as amended by the Order Amending Scheduling Order (Dkt. 18), is further amended as follows:

The following deadlines are amended. All other deadlines and provisions of the Scheduling Order, as amended, remain unchanged, including the October 15, 2026 fact discovery cutoff, the December 4, 2026 dispositive motion deadline, and the December 15, 2026 ADR deadline:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's disclosure of experts | September 3, 2026 | October 5, 2026 |
| Defendants' disclosure of experts | October 3, 2026 | November 2, 2026 |
| Plaintiff's disclosure of rebuttal experts | October 19, 2026 | November 18, 2026 |
| Completion of all expert discovery | November 16, 2026 | December 9, 2026 |

**IT IS SO ORDERED.**

DATED: ________________________

________________________________
Amanda K. Brailsford
U.S. District Court Judge